UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERUBIM CHINEDUM ADIM d/b/a AGOURMP GLOBAL SOLUTION INC.,<br><br>Plaintiff,<br><br>-against-<br><br>ALVIN LEONARD BRAGG a/k/a ELECTED MANHATTAN DA, ALVIN L. BRAGG,<br><br>Defendant. | 24cv4585 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 7, 2024, order, this action is dismissed. Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 10, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge